SEYMOUR'S EXECUTORS *vs.* STRONG.

On a motion for a commission to examine witnesses, the party applying must allege in his affidavit that he has fully and fairly stated his case to counsel, and disclosed to him what he expected to prove by his witnesses.

Idem.  MOTION for a commission to examine witnesses. It was objected that the defendant had not alleged that he had fully and fairly stated his case to counsel, and disclosed to him the facts which he expected to prove by his witnesses.

This it was contended was as necessary on this motion as on a motion to change venue.

ALBANY,
Feb. 1838.

Bartholemew
v.
Chautauque
County Bank.

*H. H. Martin,* for defendant.

*A. Taber,* contra.

*By the Court,* BRONSON, J. The cases are not distinguishable. The motion must be denied.